**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6690**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

JUSTIN BROOKS SHARPE,

              Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:17-cr-00322-NCT-1)

Submitted: January 27, 2021                     Decided:  February 4, 2021

Before WILKINSON and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Justin Brooks Sharpe, Appellant Pro Se.  Kyle David Pousson, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin Brooks Sharpe appeals the district court's order affirming the magistrate judge's order denying his request for bond pending a decision on his 28 U.S.C. § 2255 motion.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Sharpe*, No. 1:17-cr-00322-NCT-1 (M.D.N.C. May 1, 2020). We deny the motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We have jurisdiction over the appeal pursuant to the collateral order doctrine. *See Flanagan v. United States*, 465 U.S. 259, 265-66 (1984) (citing *Stack v. Boyle*, 342 U.S. 1 (1951)); *cf. United States v. Sueiro*, 946 F.3d 637, 639-41 (4th Cir. 2020) (citations omitted). We deny a certificate of appealability as unnecessary. *See Harbison v. Bell*, 556 U.S. 180, 183 (2009); *United States v. McRae*, 793 F.3d 392, 400 (4th Cir. 2015).